# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

FILED
01/24/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

__Jason Nicholas Luttrell__,
PLAINTIFF
*[Type or print your name on the line above]*

v.

__Nate Pully__,
DEFENDANT
*[Type or print only the name of the first person you are suing. List everyone you are suing on page 2.]*

Cause No. __1:23-cv-00142-RLY-TAB__
*[Leave this blank, the clerk will supply the cause number when your case is received.]*

## PRISONER COMPLAINT
## 42 U.S.C. § 1983

### I. PARTIES

A. PLAINTIFF *[You are the plaintiff in this lawsuit. Neatly print or type your information below.]*

1. __Jason__   __Nicholas__   __Luttrell__   __223036__
   Name: First     Middle     Last     Offender Number

2. Where are you being held: __Miami Correctional Facility__
   *[name the prison or jail where you are incarcerated]*

3. What is the address: __3038 West 850 South__
   __Bunkerhill, IN, 46914__

3a. What is the telephone number: _____

4. Did the things that you are suing about happen in the place listed above:

   ☒ YES, it happened here in the same facility I am being held at today.

   ☐ NO, it happened at _____.

5. Did the things that you are now suing about, happen:

   ☐ before you were confined, or

   ☐ when you were confined awaiting trial, or

   ☒ after conviction while confined serving a sentence.

*(Revised March 2002)*

B. DEFENDANT(S) How many defendants are you suing: 5

[The defendants are the people you are suing. Print or type the defendant's name, job title, the state or local government agency the defendant works for, and the address of that government agency. Remember to include the defendant you named in the caption on page one. If you are suing more than one defendant, number them.]

\# Defendant's Name    Job Title/Government Agency    Work Address

1. Nate Pully, F.S.D/Aramark 3038 W 850 S, Bunkerhill, IN, 46914
2. Misty Cline, Production/Aramark 3038 W 850 S, Bunkerhill, IN, 46914
3. Cynthia Hayden, Production/Aramark 3038 W 850 S, Bunkerhill, IN, 46914
4. Heather Montez Food Service, Director: 3038 W 850 S, Bunkerhill, IN, 469
5. Aramark Correctional Services LLC/Contractor 8435 Georgetown Rd #co, Inpls, In, 4621

## II. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance system that would allow you to file a grievance about the things you are suing about?

☒ YES    ☐ NO

B. If yes, did you file a grievance about the things you are suing about?

☒ YES [Attach the response from the final step of the grievance process.]

☐ NO [Explain why you did not file a grievance.] I have filed many time's the grievance Specialist has never responded to the many grievance's file nor has the Superintendent's responded to my issue's not giving me my due process. I have date's on grievance's filed and have shown my unit camra leaving my cellhouse and the one in front of the grievance box, so i have digital evedence.

2

## III. CAUSE(S) OF ACTION WITH SUPPORTING FACTS

Write why you are suing each defendant. Write who, what, when, where, and how you believe your rights were violated. It is **VERY IMPORTANT** that you use each defendant's name in describing what happened to you. If you do not write what each defendant did, the court will not know why you are suing and that defendant will be dismissed.

Explain what constitutional or federal law right, privilege or immunity each defendant violated. Do not cite or quote cases or statutes. If you want to make legal arguments or citations, you must file a separate memorandum of law. Do not attach it to this complaint.

Write a new paragraph for each violation. Name each defendant involved in that violation. **Number your paragraphs.**

1. Nate Pully as the Aramark F.S.D has a duty to make sure all his employee's are providing the inmate's with proscribed diet's food item's they are to eat, So they can maintain there health with Nutritious food's, I'm on a Legume free prescribed diet and the kitchen has repeatedly given me food item's I'm not supposed to have, given me rotten food and has taken food item's away and replaced those food item's with item's less in nutritional value. Putting my health in a decline. This violates U.S.C. Amendment 8th and 1st U.S.C. Amendment also the due process clause and the 14th U.S.C Amendment. Also i asked Pully for a diet load sheet or Menue for my diet but was danied.

2. Misty Cline is in charge of kitchen production and has failed to make sure that i get a variety of food in my prescribed diet instead she give's me dry Cereal everyday knowing i can't drink the Morning Beverage because of the Soy and give's me a Fruite drink package with no proffen leaving me to ethier eat my Cereal dry or to mix it with Coffee cause the food service doesnt provide Cold water

3

Cause(s) of Action with Supporting Facts (continued)

Ms. Cline also gives me under sized portion's because she say's im a crybaby and complain to much violating my 8th, 14th Amendment's of the U.S.C and being retaliatory because i try and have my food issue's resolved.

3. Cynthia Hayden is a production kitchen worker who does not supervise her team to insure that the prescribed diet i recieve is done right and over looks the daily mistake's done to my diet from, Dinner sack rotation allowing missing items or rotten items to be served, allowing food item's that im not supposed to eat be put on my tray's and Sack's violating my 14th and 8th Amendment's of the U.S.C. everyday

4. Heather Montez is putting employee's into place that have total disregard to the quality and the nutritional requirments necessary for me to be healthy and safe, They don't date their food sack's so that the first in first out method is followed so rotten food is avoided, They allow item's to be substituded on there diet load sheet so there workers can eat it rather than giving to the people who should have it Eg Tuna or cheese and give Bologna as a replacement Aramark is allowing there employee's to not follow their diet load sheet's putting peoples (my) health at risk and when the issue is presented staff retaliates making the food worse, plus they don't wash vegtables or train there inmate staff in proper kitchen training.

4

5. Aramark Correctional Services LLC are responsible for my care by hiring people to do their job without being deliberately indifferent and treating people with medical issue's inhumainly, Poking fun calling me Cry baby and even worse slanderous word's, Not talking to dietition when proof their diet is wrong and not giving adequate substitutions or giving me food thats against my Perscribed diet, instead of contacting the dietition's to fix the issue. Staff went to Medical to have my diet stripped a few times based on a issue (Rast test) that i failed but never had my diet care based on those issues, Rast test is for people who are anafalaticly Allergic to food's. My issues are processing upper G.I. issues where food is excluded to prevent processing issues like lactos intalerant who have issues processing dary but do not have to take a Rast test to have a diet card that's prescribed. All issues violate my 1st, 8th and 14th Amendmants of the U.S.C.

Attachment Memorandom of Law.

Aramark Correctional Services LLC Aramark Dietitian, FSD, GM and Production staff violated my 8th Amendment, were deliberately Indifferent to have adequate food Estate of Clark v Walker, 865 F.3d 544, N.1 (7th cir. 2017) To prevail, I have to show 2 elements. 1 I suffered from a objectively serious medical condition and 2 the defendants knew about the plaintiffs condition and the substantial risk of harm it posed but disregarded that risk. Farmer v. Brennan, 511 U.S 825, 837, 114 S.CT, 1970 128 L.Ed. 2d 811 (1994) Pettles v Carter, 836 F.3d 722, 728 (7th cir. 2016) Pittman ex rel. Hamilton v. Cty. of Madison. 111, 746 F.3d 766, 775 (7th cir. 2014) Arnett v. Webster, 658 F.3d 742, 750-51 (7th cir. 2011) Inmates are entitled to adequate food and nutrition see Prude v. Clarke, 675 F.3d 732, 734 (7th cir 2012) (Deliberate withholding of nutritious food or substitution of tainted or otherwise sickening food with the effect of causing substantial weight loss, vomiting, stomach pains or other severe hardship violates the 8th Amend Atkins v city of chi. 631 F.3d 823, 830 (7th cir 2011) for deliberate indifference claim, i have to establish that the conditions are sufficiently serious. Ie that they deny the inmate the minimal civilized measure of lifes necessities creating an excessive risk to the inmates health and safety and i believe i have shown that.

## IV. PREVIOUS LAWSUITS

Have you ever sued anyone for the same things you wrote about in this complaint? ☒ NO   ☐ YES – *[Print or type the following information about the case. Attach additional sheets if there is more than one prior case.]*

Court: _____

Judge: _____ Docket Number: _____

Date filed: _____ Date closed: _____

## V. RELIEF

Write exactly what you want the court to do for you. This court cannot order that a defendant be fired, investigated, or criminally prosecuted.

**NOTE: A lawsuit filed on this form <u>cannot</u> restore good time, expunge your record or get you released from custody.** For this type of relief, you must file a Habeas Corpus case under 28 U.S.C. § 2254.

I would like a Morning Bevrage replacement that has a nutritional value comparable to the one taken. Morning Bevrage has protien a Juice pack does not so Milk or something of that nature will be exceptable. I would like date stamps on food made to avoid future rotten food being served. I would like fruite and vegtable's washed before being placed in our Dinner Sack's preventing pesticides and dirt being put with my bread and Meat. I would like proper training for food hundelers. I would like the variety on my diet like Tuna and cheese enclueded not just Bologna so there workers can eat it. Also variety at breakfast time instead of dry cereal every day as a form of retaliation and any monetary provisions the Court deems appropiate for pain and suffering Also any court fee's and cost that fall under Compensatory and Punitive damages

## VI. VERIFICATION AND SIGNATURE

### Initial Each Statement and Sign at the Bottom

_____ I have included two properly completed summons forms (available from the clerk) for each defendant I am suing, including full name, job title and work address.

_____ I have included one properly completed process receipt and return form (USM-285) (available from the U.S. Marshal) for each defendant I am suing.

_____ In addition to this complaint with an original signature, I have included one copy of this complaint for each defendant and one extra for the court.

_____ I have included full payment of the filing fee **OR** attached a properly completed prisoner petition to proceed *in forma pauperis* (available from the clerk) <u>with</u> a copy of my <u>prison trust fund account statement</u> for the six months preceding the filing of this case.

_____ I agree to promptly notify the clerk of any change of address.

_____ I have read all of the statements in this complaint. *[Do not forget to keep a copy for your records.]*

_____ I declare **under penalty of perjury** that the foregoing is true and correct.

Signed this **20** day of **January**, 20**23**.

_____
Your Signature

Mail all of these papers to the appropriate Clerk's office - see next page for addresses.